| | AUSA | Robert W VanWert | Telephone | (313) 226-9776 |
| AO 91 (Rev 11/11) Criminal Complaint | Special Agent | Arkin G Fout | Telephone | (313) 226-0445 |

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan



United States of America

    v

Ali Kareem Al-Hisnawi

Case  2 20-mj-30029
Judge  Unassigned,
Filed  01-22-2020
CMP  USA v AL-HISNAWI (MAW)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief

On or about the date(s) of _____December 20, 2019_____ in the county of _____Wayne_____ in the _____Eastern_____ District of _____Michigan_____, the defendant(s) violated

| *Code Section* | *Offense Description* |
| 18 U S C  115(a)(1)(B) | Threatening a Federal Official |

This criminal complaint is based on these facts
See attached affidavit

☑ Continued on the attached sheet

_____
*Complainant s signature*

Special Agent Arkin G Fout, HSI Agent
*Printed name and title*

Sworn to before me and signed in my presence

Date  __January 22, 2020__

City and state  __Detroit, Michigan__

_____
*Judge's signature*

Elizabeth A Stafford, United States Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA

vs

Ali Kareem AL-HISNAWI

aka "MOLEY"

Case No _____

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Arkin G Fout, being first duly sworn, hereby depose and state as follows

### INTRODUCTION AND AGENT BACKGROUND

1       I make this affidavit in support of a Criminal Complaint and Warrant authorizing the arrest of Ali Kareem AL-HISNAWI aka "MOLEY" for Threatening to Assault/Kill a Federal Law Enforcement Officer, in violation of 18 U S C  §§ 115(a)(1)(B)

2       I am a Special Agent with the United States Department of Homeland Security (DHS), Homeland Security Investigations (HSI), and have been since March 9, 2003   I am a graduate of the Federal Law Enforcement Training Center at Glynco, Georgia  I have attended and successfully completed multiple training programs while at the Federal Law Enforcement Training Center, including Immigration Officer Basic Training Course/Integrated Police Training, Immigration and Customs Enforcement Special Agent Training, and the Criminal Investigator Training Program   I have also completed extensive training at the National Center for Credibility Assessment (NCCA) at Fort Jackson, South Carolina to become a federally certified polygraph examiner  My official duties include conducting investigations involving violations of any Federal laws within the jurisdiction of the U S  Department of Homeland Security (DHS), as well as any other criminal offense committed against the United States

3      The facts in this affidavit come from my personal observations, my training and

experience, and information obtained from other agents and witnesses  This affidavit is intended

to show merely that there is sufficient probable cause for the requested warrant and does not set

forth all of my knowledge about this matter

4      Based on my training and experience and the facts as set forth in this affidavit,

there is probable cause to believe that a violation of 18 United States Code, Section 115(a)(1)(B)

(Threatening to Assault/Kill a Federal Law Enforcement Officer) (hereinafter TARGET

OFFENSE) has been committed by Ali Kareem AL-HISNAWI (hereinafter TARGET

SUBJECT)

## PROBABLE CAUSE

5      TARGET SUBJECT is a native of Saudi Arabia and a citizen of Iraq

6      Joseph Camaj is employed as a United States Immigration and Customs

Enforcement (ICE) Enforcement and Removal Operations (ERO) Deportation Officer (DO)

7      On or about February 12, 2014, Deportation Officer (DO) Joseph Camaj was

assigned as the case officer of the TARGET SUBJECT

8      On or about March 28, 2014, the TARGET SUBJECT was ordered removed from

the United States to Iraq, or in the alternative to Saudi Arabia

9      The TARGET SUBJECT was transferred to United States Marshal Service

(USMS) custody on September 15, 2014 due to pending federal criminal charges

10     On or about June 5, 2018, in a final order, the TARGET SUBJECT was ordered

removed from the United States to Iraq

11     On December 19, 2018, the TARGET SUBJECT was released from ICE custody

on an Order of Supervision (OSUP)

12    As part of the TARGET SUBJECT's release on an Order of Supervision (OSUP),
the TARGET SUBJECT was placed in the Alternatives to Detention program (ATD) and was
ordered to be monitored via a GPS tether

13    On or about December 19, 2018, DO Joseph Camaj was once again assigned to
TARGET SUBJECT as his case officer

14    On July 12, 2019, the defendant was ordered to report to Detroit Metro Airport on
July 16, 2019 at 3 00pm for departure from the United States

15    On July 15, 2019, TARGET SUBJECT was terminated from the Alternatives to
Detention (ATD) program after TARGET SUBJECT cut his tether and absconded from ICE
supervision

16    On December 19, 2019, TARGET SUBJECT was arrested by the Detroit Police
Department on a complaint of allegedly assaulting members of his family

17    On December 19, 2019, ICE ERO lodged an immigration detainer with the
Detroit Detention Center for the TARGET SUBJECT

18    On December 20, 2019, TARGET SUBJECT was released by the Detroit Police
Department and transferred into the custody of ICE ERO and subsequently transported to the
U S  Marshals Service (USMS) by ICE ERO due to a federal arrest warrant that had been issued
for TARGET SUBJECT for violating the terms of his supervised release

19    On December 20, 2019, while awaiting TARGET SUBJECT's transfer to the
USMS, and while detained within an ICE ERO Detention Vehicle, TARGET SUBJECT
spontaneously began making threatening statements in which TARGET SUBJECT threatened to
assault and kill Deportation Officer Camaj  These statements were witnessed by two

3

Deportation Officers and were audio recorded on the cell phone belonging to one of these officers

       20       On December 20, 2019, your Affiant obtained a copy of the audio recording of these statements as well as statements from the officers who had witnessed TARGET SUBJECT making these threats

       21       During this audio recording TARGET SUBJECT states, "I can't wait to bang his face in  " "I wanna fight that nigga   " "I catch Camaj, I'm killing him in his office  I'm shutting that door and I'm stabbing him up  I'm stabbing that bitch up   on my mama nigga my dead brother Hassan nigga  I catch Camaj, I'm fucking him up  Common Camaj   you want to talk that gang gang Camaj  Let's go   let's go nigga   "

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

## **CONCLUSION**

22      Based on the above stated facts, there is probable cause to believe that on or about December 20, 2019, in the Eastern District of Michigan, defendant Ali Kareem AL-HISNAWI aka "MOLEY," did violate Title 18 United States Code, Section 115(a)(1)(B) (Threatening to Assault/Kill a Federal Law Enforcement Officer)

Respectfully submitted,

Arkin G Fout
Special Agent
Homeland Security Investigations

Sworn to before me and signed in my
presence this 22nd day of January 2020

HONORABLE ELIZABETH A  STAFFORD
UNITED STATES MAGISTRATE JUDGE

5