UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Ali Kareem Al-Hisnawi<br><br>Defendant. | Case: 2:20-cr-20058<br>Judge: Drain, Gershwin A.<br>MJ: Whalen, R. Steven<br>Filed: 02-05-2020 At 02:15 PM<br>INDI USA V. AL-HISNAWI (DA)<br><br>Violations:<br>18 U.S.C. § 115(a)(1)(B)<br>18 U.S.C. § 1513(b)(2) |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE

**(18 U.S.C. § 115(a)(1)(B) – Threatening a Federal Official)**

On or about December 20, 2019, within the Eastern District of Michigan, Southern Division, the defendant ALI KAREEM AL-HISNAWI, did threaten to murder Joseph Camaj, a Deportation Officer employed by the U.S. Department of Homeland Security, Immigration and Customs Enforcement, Enforcement and Removal Operations, with intent to retaliate against Joseph Camaj on account of the performance of his official duties, in violation of Title 18, United States Code, Section 115.

## COUNT TWO

### (18 U.S.C. § 1513(b)(2) – Retaliating Against a Witness)

On or about December 14, 2019, within the Eastern District of Michigan, Southern Division, the defendant, ALI KAREEM AL-HISNAWI, did knowingly engage in conduct which threatened to cause bodily injury to Ali R. Bazzi, with the intent to retaliate against Ali R. Bazzi for testimony given by Ali R. Bazzi as a witness in an official proceeding, in violation of Title 18, United States Code, Section 1513(b)(2).

THIS IS A TRUE BILL

*s/Grand Jury Foreperson*
GRAND JURY FOREPERSON

MATTHEW SCHNEIDER
United States Attorney

*s/Eric Straus*
ERIC STRAUS
Chief
Violent and Organized Crime Unit

*s/Robert VanWert*
ROBERT VANWERT
Assistant United States Attorney

Dated: February 5, 2020

2

| United States District Court<br>Eastern District of Michigan | Criminal Case C | Case: 2:20-cr-20058<br>Judge: Drain, Gershwin A.<br>MJ: Whalen, R. Steven<br>Filed: 02-05-2020 At 02:15 PM<br>INDI USA V. AL-HISNAWI (DA) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based on **LCrR 57.10(b)(4)**[1]: | |
| ☐Yes ☒No | AUSA's Initials: RV |

**Case Title:** USA v. Ali Kareem Al-Hisnawi

**County where offense occurred:** Wayne

**Offense Type:** Felony

Indictment – based upon a prior complaint [**Case Number: 20-MJ-30029**]

## Superseding Case Information

**Superseding to Case No:** _____  **Judge:** _____

**Reason:**

| **Defendant Name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| Ali Kareem Al-Hisnawi | 18 U.S.C. § 115(a)(1)(B)<br>18 U.S.C. § 1513(b)(2) | 20-MJ-30029 |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case**

February 5, 2020
Date

Robert VanWert
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
robert.vanwert@usdoj.gov
(313) 226-9776
Bar #: P70957

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence.  Cases may be companion cases even though one of them may have already been terminated